ABC BUILDERS, INC. *v.* KEITH F. IODICE ET AL.
(9279)

DALY, LANDAU and HEIMAN, Js.
Argued March 27—decision released April 16, 1991

*William Mark,* for the appellants (named defendant et al.).

*Mark F. Volpe,* for the appellee (plaintiff).

PER CURIAM. Our review of the record provides no basis on which the motion to dissolve the unauthorized attachment of property owned by the defendant K I Associates, Inc., could have been properly denied.

The judgment is reversed and the case is remanded with direction to grant the motion to dissolve the attachment.